UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14017–CANNON/MAYNARD

UNITED STATES OF AMERICA,

v.

MANUEL RUIZ,
a/k/a "Fernando Trejo-Ruiz,"

Defendant.
_____/

## STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

I, MANUEL RUIZ, a/k/a "Fernando Trejo-Ruiz" (hereinafter "Defendant"), state that the facts set forth below are true and accurate and that the United States could prove these facts against me at trial. I am pleading guilty to the sole count of the Indictment in this case which count charges me with knowingly and unlawfully being found in the United States after having been previously deported and removed from the United States, without the express consent of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326(a). I am pleading guilty because I am in fact guilty of this charge.

### NATURE OF CHARGE TO WHICH I AM PLEADING GUILTY

I am aware of and understand the nature of the charge to which I am pleading guilty because I have discussed the charge and what the prosecutor must prove to convict me with my attorney.

I understand that the United States must prove the following facts or elements of the offense beyond a reasonable doubt:

1. That I was an alien at the time stated in the Indictment;

2. That I was deported or removed from the United States;

3. That after having been deported or removed from the United States, I was found to be voluntarily back in the United States; and

4. That I did not have the consent of the Attorney General or the Secretary of Homeland Security of the United States to apply for readmission to the United States.

I further understand that an "alien" is a person who is not a natural-born or naturalized citizen, or a national of the United States.

## STIPULATED FACTS

5. I am a native and citizen of Mexico. I am not a natural-born or naturalized citizen, or a national of the United States.

6. I was previously ordered removed from the United States by immigration officials, removed, and sent back to Mexico on or about August 11, 2007, under my true name, Manuel Ruiz. When I was removed from the United States, on or about August 11, 2007, I was advised that I was prohibited from entering, attempting to enter, or being in the United States for a period of 20 years from the date of removal; and warned that it is a crime for an alien who has been removed from the United States to enter or be found in the United States without the Secretary of Homeland Security's express consent.

7. Thereafter, I re-entered the United States. I was again removed from the United States by immigration officials and sent back to Mexico on or about April 20, 2017, under my true name, Manuel Ruiz.

8. After I was returned to Mexico in April 2017, I illegally and voluntarily came back into the United States and was living in the Southern District of Florida. I did not request permission or receive consent from the Attorney General or the Secretary of Homeland Security for the United States to come back into the United States.

9. On or about February 10, 2022, I was found in Okeechobee County, Florida.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 4/14/2022

*[signature]*

MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

Date: 5/19/2022

*[signature]*

KRISTY FIGUEROA-CONTRERAS
ATTORNEY FOR DEFENDANT

Date: 5/18/2022

*[signature] Manuel Ruiz*

MANUEL RUIZ, a/k/a "Fernando Trejo-Ruiz"
DEFENDANT

3